# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### SHREVEPORT DIVISION

| | |
|---|---|
| **JAKENDRICK WINZER** | **CIVIL ACTION NO. 5:15-cv-1174** |
| LA. DOC #534337 | |
| **VS.** | **SECTION P** |
| | **JUDGE S. MAURICE HICKS, JR.** |
| **WARDEN JOHNNY SUMLIN** | **MAGISTRATE JUDGE KAREN L. HAYES** |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that this petition for *habeas corpus* be **DISMISSED WITHOUT PREJUDICE** because petitioner has failed to exhaust available State court remedies; and, **IT IS FURTHER ORDERED** that, to the extent that petitioner moves the Court for stay and abeyance of these proceedings, his motion [Doc. 1] is **DENIED.**

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this *1st* day of *June*, 2016.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE